UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVESH SINGH,<br><br>          Plaintiff,<br><br>     vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[1]<br><br>          Defendant. | Case No. 2:24-CV-09769<br><br>**JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

---

[1]   Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the Defendant in this lawsuit.

1  Having approved the parties' joint stipulation to remand voluntarily pursuant
2  to sentence four of 42 U.S.C. § 405(g) and to enter judgment,
3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is
4  **ENTERED** for Plaintiff.
5  **IT IS SO ORDERED.**

7  Dated this 19 day of May, 2025.

   John W. Holcomb
   United States District Judge